In re Andre KIMBOKO; Priscilla J. Kimboko, Debtors,

Andre Kimboko; Priscilla J. Kimboko, Plaintiffs–Appellants,

v.

United States of America, on behalf of its Agent the Internal Revenue Service, Defendant–Appellee.

No. 01–1224.

United States Court of Appeals, Tenth Circuit.

April 22, 2002.

Before MURPHY, McKAY and HARTZ, Circuit Judges.

**ORDER AND JUDGMENT** *

HARTZ, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

After carefully reviewing appellants' abusive and nearly incomprehensible briefs, as well as the government's brief and the record, we find no merit to appellants' allegations of error and AFFIRM.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.